IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Kelly, James

Printed: 10/29/08

Case Number: 07 B 07263
Judge: Squires, John H
Filed: 4/23/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: September 17, 2008
Confirmed: August 15, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 10,925.00 |  |
| Secured: |  | 6,300.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 1,234.37 |
| Administrative: |  | 2,774.00 |
| Trustee Fee: |  | 616.63 |
| Other Funds: |  | 0.00 |
| Totals: | 10,925.00 | 10,925.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Stefans Stefans & Stefans | Administrative | 2,774.00 | 2,774.00 |
| 2. | Chicago Municipal Employees CU | Secured | 0.00 | 0.00 |
| 3. | Capital One Auto Finance | Secured | 35,264.89 | 6,300.00 |
| 4. | Internal Revenue Service | Priority | 2,782.14 | 1,234.37 |
| 5. | Genesis | Unsecured | 526.93 | 0.00 |
| 6. | Surety Finance | Unsecured | 822.91 | 0.00 |
| 7. | Premier Bankcard | Unsecured | 414.09 | 0.00 |
| 8. | Capital One Auto Finance | Unsecured | 1,214.06 | 0.00 |
| 9. | City Of Chicago Dept Of Revenue | Unsecured | 1,084.35 | 0.00 |
| 10. | Fast Cash Advance | Unsecured | 3,645.94 | 0.00 |
| 11. | Peoples Energy Corp | Unsecured | 798.88 | 0.00 |
| 12. | AmeriCash Loans, LLC | Unsecured | 2,446.95 | 0.00 |
| 13. | Internal Revenue Service | Unsecured | 6.98 | 0.00 |
| 14. | City Of Chicago Dept Of Revenue | Unsecured |  | No Claim Filed |
| 15. | Cash Call | Unsecured |  | No Claim Filed |
| 16. | Cash N Go | Unsecured |  | No Claim Filed |
| 17. | Payday Loan | Unsecured |  | No Claim Filed |
| 18. | Northwest Entertainment Associates | Unsecured |  | No Claim Filed |
| 19. | Financial Claims Inc | Unsecured |  | No Claim Filed |
|  |  |  | $ 51,782.12 | $ 10,308.37 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.4% | 459.00 |
| 6.5% | 157.63 |
|  | $ 616.63 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Kelly, James | Case Number:  07 B 07263 |
| | Judge:  Squires, John H |
| Printed: 10/29/08 | Filed:  4/23/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

        Marilyn O. Marshall, Trustee, by:

